ROYAL INDEMNITY COMPANY, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.

(Submitted September 30, 1935; decided October 8, 1935.)

*Barnett Cohen* for motion.
*William J. Moran* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appeal may be taken as of right.